**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-7313**

———————

GARY BUTERRA WILLIAMS,

                              Plaintiff - Appellant,

        versus

THE CITY OF RICHMOND; THE COUNTY OF HENRICO;
T. A. VLIET, Police Officer, Henrico County;
SARAH JESSIE, Detective, Henrico County
Police; SEAN ADAMS, Sgt., City of Richmond
Police; MS. TRAVERS, Nurse, Henrico Doctors
Hospital; DEBORAH MEADE-JACKSON, Magistrate,
City of Richmond; ANNE B. HOLTON, Judge,
General District Court; KEVIN NUNNALLY,
Assistant Commonwealth Attorney, City of
Richmond; BRADLEY CAVEDO, Judge, City of
Richmond Circuit Court; VICKY B. GEORGE,
Deputy Clerk, Virginia Court of Appeals; D.
DAVIS, Clerks Assistant, Virginia Court of
Appeals; VIETTA PARSONS, Public Defender; SARA
GABORIK, Public Defender; DIANE ABATO, Deputy
Commonwealth Attorney, City of Richmond,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Richard L. Williams, Senior
District Judge. (CA-04-747-3)

———————

Submitted: January 23, 2006        Decided: February 27, 2006

———————

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

---

Gary Buterra Williams, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary Buterra Williams appeals the district court's order denying relief without prejudice on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Williams v. City of Richmond</u>, No. CA-04-747-3 (E.D. Va. Aug. 17, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>